```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2025

DWIGHT D. MURRAY,

                Plaintiff,

    -v-

VERIZON COMMUNICATIONS CORP., ET AL.,

               Defendants.

**ORDER**

24-CV-7546 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Plaintiff Dwight Murray filed his Complaint on October 4, 2024. ECF No. 1. On February 5, 2025, the Court entered an Order to Show Cause why the action should not be dismissed for failure to prosecute because, as of that date, there was no indication on the docket that summonses had been obtained or served. ECF No. 5. On February 14, 2025, summonses were issued as to the Defendants. ECF No. 6. By Order dated February 20, 2025, the Court extended the deadline for Plaintiff to effect service of the summonses and complaint until 90 days after the issuance of summonses and directed Plaintiff to file proof of service once complete. ECF No. 8. On May 20, 2025, the Court entered an Order to Show Cause why the action should not be dismissed for failure to prosecute because, as of that date, no proof of service had been filed. ECF No. 9. On May 30, 2025, Plaintiff filed affidavits of service dated March 20 and 21, 2025, as proof of service of the summonses and complaint on Defendants Verizon Communications Corp., Hans Vestberg, Todd Schulman, and

Jason Cegielski. ECF Nos. 11–14. Defendants' answers were due by April 10 and 11, 2025.

To date, the docket reflects that no Defendant has appeared in this action nor responded to the Complaint. Given Defendants' non-appearance, if Plaintiff believes that he has effectuated service, then he should initiate default judgment proceedings in accordance with Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rules 55.2(b) by **June 30, 2025**. Alternatively, Plaintiff may submit a status letter by the same date, informing the Court as to Plaintiff's litigation plan and whether he is still actively attempting to serve Defendants.

Failure to comply with this Order could result in a recommendation to the Honorable Ronnie Abrams that this action be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED.**

Dated: June 3, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge