UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWIGHT MURRAY,

Plaintiff,

-v-

VERIZON COMMUNICATIONS CORP., ET AL.,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2025

**ORDER**

24-CV-7546 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Letter dated November 27, 2025, Plaintiff Dwight Murray requested that the Court issue a subpoena to his ISP carrier and for discovery to commence in this action.  ECF No. 30.  Defendant Verizon Communications Corp. filed a motion to dismiss on July 17, 2025, which was fully briefed as of August 6, 2025.  *See* ECF Nos. 20–22, 25–26.  In light of the pending motion to dismiss, which raises serious questions as to the viability of Plaintiff's claims, discovery has not yet begun.  The Court will schedule a Rule 16 conference to discuss a case management plan and scheduling order at an appropriate time.  Therefore, Plaintiff's requests are **DENIED** as premature.

1

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

**SO ORDERED.**

Dated: December 3, 2025
New York, New York

Henry J. Ricardo
United States Magistrate Judge

2