UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWIGHT MURRAY,

                Plaintiff,

      -v-

VERIZON COMMUNICATIONS CORP., ET AL.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2026
```

**ORDER**

24-CV-7546 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter requesting to extend the deadline to submit an amended complaint by 60 days. ECF No. 34. The request is **GRANTED**. Plaintiff shall file his amended complaint by **June 30, 2026.** Plaintiff shall serve all Defendants with summonses and the amended complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure no later than **September 28, 2026.**

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

**SO ORDERED.**

Dated: April 29, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge