USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWIGHT MURRAY,

Plaintiff,

-v-

VERIZON COMMUNICATIONS CORP., ET AL.,

Defendants.

**ORDER**

24-CV-7546 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's third amended complaint. ECF No. 39. Plaintiff is reminded that the service deadline set out by Order dated April 29, 2026 remains **September 28, 2026**. Plaintiff is warned that if proof of service is not filed on the docket by then, the case could be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: July 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge