USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWIGHT MURRAY,

Plaintiff,

-v-

VERIZON COMMUNICATIONS CORP., ET AL.,

Defendants.

**ORDER**

24-CV-7546 (RA) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter regarding attempts to serve the Third Amended Complaint. ECF No. 41. Given Plaintiff's representation that he already completed service upon Verizon, at least through CT Corp and possibly at 1095 Avenue of the Americas, the deadline to file proof of service on all defendants is extended to **October 12, 2026**.

**SO ORDERED.**

Dated: September 30, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge